**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RANDY KAREEM WASHINGTON, | : | |
| Plaintiff, | : | Civ. No. 21-14258 (PGS) (LHG) |
| v. | : | |
| MARCUS O. HICKS, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

Plaintiff is a state prisoner proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. On November 8, 2021, this Court granted Plaintiff's application to proceed *in forma pauperis*. (*See* ECF 8). To date, however, Plaintiff's complaint has yet to be screened.

In a letter dated November 8, 2021, but received by this Court on November 12, 2021, Plaintiff indicated he no longer wished to proceed with this case, but rather only proceed with a different case Civ. No. 19-12190, that is currently before the Honorable Brian R. Martinotti and Magistrate Judge Cathy L. Waldor. (*See* ECF 9). Given Plaintiff's letter, and so as to not require Plaintiff's payments pursuant to the grant of his *in forma pauperis* status in a case he does not wish to proceed with, this Court will vacate the order granting Plaintiff's application to proceed *in forma pauperis* and re-administratively terminate this case.[1]

Accordingly, IT IS on this 24th day of January, 2022,

ORDERED this Court's November 8, 2021 memorandum and order granting Plaintiff's application to proceed *in forma pauperis* (ECF 8) is vacated; and it is further

ORDERED that the Clerk shall re-administratively terminate this case; and it is further

---

[1] To date, no *in forma pauperis* payments have been received by the Clerk related to this case so no monetary refund to Plaintiff is necessary.

ORDERED that the Clerk shall file Plaintiff's November 12, 2021 letter (ECF 9) and this memorandum and order in Civ. No. 19-12190; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Plaintiff by regular U.S. mail.

s/*Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.