**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RANDY WASHINGTON,<br>Plaintiff,<br>v.<br>NEW JERSEY DEPARTMENT OF CORRECTIONS, *et al.*,<br>Defendants. | Case No. 2:19-cv-12190 (BRM) (JRA)<br>**ORDER** |

**THIS MATTER** is opened to the Court on the Report and Recommendation of the Honorable José R. Almonte, U.S.M.J., dated August 17, 2026 (ECF No. 213), wherein he recommends that Defendants Francis Albano, Troy Black, Thomas Foran, Gary Samosuk and Marek Napierala (collectively, "Defendants")[1] motion to dismiss Plaintiff's Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b) (ECF No. 211) be granted. The parties were given the opportunity to respond or object to Judge Almonte's Report and Recommendation by August 31, 2026, pursuant to Local Civil Rule 72.1(c)(2). To date, no party has responded or objected to the Report and Recommendation.

In recommending that the motion be granted, Judge Almonte found: (1) Plaintiff's continuous defiance of this Court's orders and unwillingness to participate in his own depositions has made "adjudication of his case impossible," warranting dismissal, and (2) an analysis of the *Poulis* factors likewise supports dismissal with prejudice. (ECF No. 213 at 5.)

[1] Defendant Albano and Defendant Napierala are improperly pled as "SCO F. Albiano" and "SCO Naparelia." For the purpose of this motion, the Court addresses Defendants as their names appear in the Report and Recommendation.

Having reviewed the docket and the Report and Recommendation, the Court agrees. Therefore, and for good cause appearing,

**IT IS** on this 8th day of September 2026,

**ORDERED** that the Report and Recommendation (ECF No. 213) is hereby **ADOPTED** in its entirety and entered; and it is further

**ORDERED** that the motion to compel (ECF No. 211) is **GRANTED.** The matter is **DISMISSED WITH PREJUDICE** and shall be marked **CLOSED**.

***/s/ Brian R. Martinotti***
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**